**United States District Court**
**District of New Jersey**

October 7, 2026

**LETTER-ORDER ORIGINAL FILED WITH THE CLERK OF COURT**

Re: Jose Darwin Rosario Perez v. Gomez, et al
Civil 26-cv-8102

Dear Counsel,

Our records indicate that a proof of service has been filed in this civil action and that the time for defendants, United States Postal Service and United States of America, to answer has expired. You are hereby directed to move this civil action, by requesting that a ***default and default judgment*** be entered or submitting an extension to answer out of time, within twenty (20) days from the date hereof. **Should you fail to do so, this action shall be listed for dismissal on Wednesday, October 28, 2026**

**SO ORDERED**

**s/Katharine S. Hayden**
**Hon. Katharine S. Hayden**
**United States District Judge**

cc: Plaintiff